Smith v Crouse Health Hosp., Inc. (2023 NY Slip Op 06662)

Smith v Crouse Health Hosp., Inc.

2023 NY Slip Op 06662

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, AND NOWAK, JJ.

941 CA 23-01129

[*1]COLE R. SMITH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ROBERT D. SMITH, DECEASED, PLAINTIFF-RESPONDENT,
v
CROUSE HEALTH HOSPITAL, INC., VANESSA GOYES RUIZ, M.D., KAITLYN C. LACHANCE, R.N., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

GALE GALE & HUNT, LLC, FAYETTEVILLE (ANDREW R. BORELLI OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
PORTER LAW GROUP, SYRACUSE (JEFFREY M. NARUS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered June 26, 2023. The order, among other things, denied the motion of defendants Crouse Health Hospital, Inc., Vanessa Goyes Ruiz, M.D., and Kaitlyn C. LaChance, R.N. seeking, inter alia, to quash plaintiff's subpoena for depositions. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 7, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court